**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 19-2172**

JOHN LASCHKEWITSCH,

        Plaintiff - Appellant,

    v.

TRANSAMERICA LIFE INSURANCE COMPANY,

        Defendant - Appellee.

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  James C. Dever III, District Judge.  (5:14-cv-00632-D)

Submitted:  April 14, 2020                        Decided:  April 16, 2020

Before WILKINSON, QUATTLEBAUM, and RUSHING, Circuit Judges.

Affirmed by unpublished per curiam opinion.

John B. Laschkewitsch, Appellant Pro Se.  Douglas Marshall Jarrell, ROBINSON BRADSHAW & HINSON, PA, Charlotte, North Carolina; Misty A. Murray, HINSHAW & CULBERTSON LLP, Los Angeles, California, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

John B. Laschkewitsch appeals the district court's order denying his Fed. R. Civ. P. 60 motion. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *Laschkewitsch v. Transamerica Life Ins. Co.*, No. 5:14-cv-00632-D (E.D.N.C. Sept. 26, 2019). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*